UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO REVOLLO VARGAS,<br><br>    Petitioner,<br><br>v.<br><br>KRISTI NOEM et al.,<br><br>    Defendants. | Case No. 5:25-cv-03127-SB-PVC<br><br>ORDER GRANTING TEMPORARY RESTRAINING ORDER |

    Petitioner Eduardo Revollo Vargas filed a petition for habeas corpus on November 11, 2025, alleging violations of his Fifth Amendment due process rights and the Administrative Procedure Act (APA) stemming from his detention at the Adelanto Immigration and Customs Enforcement facility in Adelanto, California. Dkt. No. 1. He filed an ex parte application for a temporary restraining order (TRO) on November 20, alleging irreparable harm from his continued detention in violation of his due process rights.[1] Dkt. No. 4. The TRO seeks his immediate release from custody and asks the Court to set a hearing on a motion for a preliminary injunction to enjoin Respondents from detaining him. The government contacted Petitioner and the Court, stating it does not oppose the TRO. Dkt. No. 8. Accordingly, the Court grants Petitioner's unopposed application and orders as follows:

1. Petitioner's ex parte application for a temporary restraining order is granted;

2. Respondents are ordered to release Petitioner from custody immediately;

---

[1] Petitioner's TRO application does not address his claim under the APA.

1

3. Respondents are enjoined from detaining Petitioner until this Court adjudicates Petitioner's motion for a preliminary injunction;

4. Defendants are ordered to appear on December 12, 2025, at 8:30 a.m. in Courtroom 6C to show cause why a preliminary injunction should not issue in this case;

5. Defendants must file and serve their opposition by December 5, 2025. Petitioner must file and serve his reply by December 8, 2025.

Date: November 26, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge