# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO REVOLLO VARGAS,<br><br>  Petitioner,<br><br>v.<br><br>KRISTI NOEM et al.,<br><br>  Defendants. | Case No. 5:25-cv-03127-SB-PVC<br><br>FINAL JUDGMENT |

    For the reasons stated in the minute order issued on this day, it is ordered that Petitioner Eduardo Revollo Vargas's petition for a writ of habeas corpus is dismissed as moot.

    This is a final judgment.

Date: December 12, 2025

                                                 Stanley Blumenfeld, Jr.
                                                 United States District Judge